**Robert WILLIAMS, Plaintiff–
Appellant,**

v.

**Ms. Cynthia HOLLEY, I.C.C. Interstate
Corrections Compact Supervisor; Mr.
Gary D. Maynard, Secretary of Dept of
Public Safety and Corr. Serv.; Ms.**

Anita Trammelle, Warden; Mr. Rusty Laub, Property Ofc.; Mr. Eric Thomas, Unit Manager, Defendants–Appellees.

No. 14–7229.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Oct. 24, 2014.

Robert Williams, Appellant pro se.

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice.* On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Williams' informal brief does not challenge the basis for the district court's disposition, Williams has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

*AFFIRMED.*

---

* We conclude that the district court's order is final and appealable as no amendment to the complaint could cure the defects identified by

the district court. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993).